**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:10-cv-00130-MR
[Criminal Case No. 1:08-cr-00086-MR-1]**

| | | |
|---|---|---|
| **RICKY NELSON WALKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on counsel's Withdrawal of Attorney Appearance [Doc. 16], which the Court construes as a motion to withdraw.

Pursuant to the Court's Administrative Order, No. 3:12-mc-00092, on October 18, 2012, Assistant Federal Defender Leah Kane made an appearance in this action for the limited purpose of examining the case and determining whether Petitioner may qualify for post-conviction relief pursuant to United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc). [Doc. 15]. Ms. Kane now seeks to withdraw her notice of appearance. [Doc. 16].

In her motion to withdraw, Ms. Kane does not state that the determination has been made as to whether Petitioner may qualify for relief under <u>Simmons</u>. Accordingly, her motion to withdraw as counsel is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that counsel's Withdrawal of Attorney Appearance [Doc. 16], which the Court construes as a motion to withdraw, is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 13, 2013

Martin Reidinger
United States District Judge